# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Rolls-Royce Engine Services-Oakland Inc. )     ASBCA No. 59202
)
Under Contract No. N00019-05-D-0011 )

APPEARANCES FOR THE APPELLANT:          Scott E. Pickens, Esq.
                                        William M. Jack, Esq.
                                          Barnes & Thornburg LLP
                                          Washington, DC

APPEARANCES FOR THE GOVERNMENT:         Ronald J. Borro, Esq.
                                          Navy Chief Trial Attorney
                                        James T. DeLanoy, Esq.
                                          Senior Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 6 November 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59202, Appeal of Rolls-Royce Engine Services-Oakland Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals